UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ahmed Oubtrou,<br>Alien # **A79 690 554**<br>  *Plaintiff/Petitioner*,<br><br>-vs.-<br><br>John ASHCROFT, U.S. Attorney General;<br>Michael GARCIA, Assistant Secretary, U.S.<br>Immigration and Customs Enforcement;<br>Bruce CHADBOURNE, Boston Field Director,<br>U.S. Immigration and Customs Enforcement;<br>Andrea J. CABRAL, Suffolk County Sheriff,<br>Suffolk County, Massachusetts<br>  *Defendants/Respondents.* | Civil Docket No:<br>04-cv-10240 MLW |

## PETITIONER'S MOTION TO DISMISS

Petitioner hereby moves for the dismissal of his Habeas Corpus Petition.

Subsequent to filing the petition, Petitioner was released from

Respondents' custody, thus the petition has been rendered moot.

Respectfully submitted,
Petitioner, by his Attorney,

_____
Saher Macarius, Esq.
Law Office of Saher J. Macarius
21 Walsh St.
Framingham, MA 01701
Tel. 508-879-4443; Fax. 508-879-5444
BBO #567460

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2004 a copy of Petitioner's Motion to Dismiss was served via the US mail upon Respondents' local counsel, Frank Crowley, Special Assistant U.S. Attorney, Department of Homeland Security, BICE, Rm. 425, JFK Federal Building, Government Center, Boston MA 02203.

Signed,

*[signature]*

Saher Macarius, Esq.
Law Office of Saher J. Macarius
21 Walsh St.
Framingham, MA 01701
Tel. 508-879-4443